UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GREGORY DAVIS**<br>D.O.C. # 635030 | : | **DOCKET NO. 2:18-cv-0091**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE FOOTE** |
| **JOHN LEWIS** | : | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Appoint Counsel [doc. 3] be **DENIED** and that the Complaint be **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The clerk is directed to send a copy of this judgment to the Keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** in Chambers this 18th day of June, 2018.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT COURT

-1-